

*Via electronic delivery only*

*Reshma Kamath*
*2648 International Blvd, Suite 115 # 294,*
*Oakland, California 94601*
*Phone:      1 650 257 0719*
*E-mail:     reshmakamath2021@gmail.com*

Re.: *Eastern District of California's Defamatory Public Comment.*

To: Whomsoever it may concern,

When all this is over, Reshma Kamath has some <u>serious defamation charges and claims</u> against such clerks, staff and judges, who're spreading falsified rumors about disbarment as of December 10, 2025. No such act has occurred – nothing issued from the Supreme Court of California.

**DATED: DECEMBER 10 2025,**

/S/ *Reshma Kamath*

———————————————
**RESHMA KAMATH**

1