UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Attorney Admissions Status of Reshma Kamath, | No. 2:25-mc-00414-TLN <br><br> **ORDER** |

On December 10, 2025, the Clerks Office referred the matter of Reshma Kamath's admission status to the undersigned. "Admission to and continuing membership in the Bar of this Court are limited to attorneys who are active members in good standing of the State Bar of California." E.D. Cal. L.R. 180(a). The Court takes judicial notice that Reshma Kamath is not a member in good standing of the State Bar of California.[1] *See White v. Martel*, 601 F.3d 882, 885 (9th Cir. 2010) (taking judicial notice of membership information reported on the California State Bar website).

"[A] federal court's imposition of reciprocal discipline on a member of its bar based on a state's disciplinary adjudication is proper unless an independent review of the record reveals: (1) a deprivation of due process; (2) insufficient proof of misconduct; or (3) grave injustice which would result from the imposition of such discipline." *In re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002). "[I]t is the attorney's burden to demonstrate, by clear and convincing evidence, that one of [these] elements precludes reciprocal discipline." *Id.* at 725.

---

[1] https://apps.calbar.ca.gov/attorney/Licensee/Detail/333800 (last visited Jan. 20, 2026).

1

1    Reshma Kamath is hereby ORDERED TO SHOW CAUSE within fourteen (14) days of
2 this order why reciprocal discipline should not be imposed.  Any request for an extension of time
3 must be accompanied by a showing of good cause.
4    IT IS SO ORDERED.
5 Date: January 23, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE