UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In re Attorney Admissions Status of Reshma Kamath, | No. 2:25-mc-00414-TLN |
|---|---|
| | **ORDER** |

On December 10, 2025, the Clerks Office referred the matter of Reshma Kamath's ("Kamath") admission status to the undersigned. (ECF No. 1.) The Court took judicial notice that Kamath is not a member in good standing of the State Bar of California[1] and ordered Kamath to show cause within 14 days of the Court's order why reciprocal discipline should not be imposed. (*See* ECF No. 3.) The Court warned that any request for an extension of time must be accompanied by a showing of good cause.

The deadline to respond has passed and Kamath has not filed a response nor a request for an extension of time. Accordingly, the Court SUSPENDS Kamath's admission to practice in the U.S. District Court for the Eastern District of California. *See In re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002). The Clerk's Office is directed to CLOSE the case.

IT IS SO ORDERED.

Date: February 10, 2026

Troy L. Nunley
Chief United States District Judge

---

[1]  https://apps.calbar.ca.gov/attorney/Licensee/Detail/333800 (last visited Feb. 5, 2026).

1